■ The People of the State of New York, Respondent, v Steve Charles, Appellant. [55 NYS3d 903]—Appeal by the defendant from an order of the Supreme Court, Queens County (Zayas, J.), dated June 17, 2013, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, the Supreme Court properly denied his request for a downward departure from the presumptive risk level three. The defendant failed to establish that his deportation was, "as a matter of law, an appropriate mitigating factor" (*People v Wyatt*, 89 AD3d 112, 128 [2011]; *see People v Gillotti*, 23 NY3d 841, 861 [2014]; *People v Garcia*,

144 AD3d 650, 651 [2016]; *People v Rubi*, 132 AD3d 650 [2015]; *People v Leshchenko*, 127 AD3d 833 [2015]; *People v Ciudadreal*, 125 AD3d 950, 951 [2015]). Accordingly, the defendant was not entitled to a downward departure from the presumptive risk level, and he was properly designated a level three sex offender. Rivera, J.P., Hall, Barros and Brathwaite Nelson, JJ., concur.